**Opinion issued March 17, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00139-CV

————————————

## IN RE HA DUONG, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Ha Duong, filed a petition for writ of mandamus in which she contended that the trial court failed to perform its ministerial duty to rule on properly filed motions in the underlying divorce proceedings between relator and real party in interest, Darwin Ngo.[1]  In her petition for writ of mandamus, relator requested

---

[1]  The underlying case is *In the Matter of the Marriage of Ha Duong and Darwin Ngo*, Cause No. 25-FD-0446, in the County Court at Law No. 3 of Galveston County, Texas, the Honorable Jack Ewing presiding.

that this Court grant her mandamus relief and direct the trial court to perform its ministerial duty and rule on the motions identified in the petition.

The Court requested a response to relator's petition for writ of mandamus. Real party in interest filed a response to the petition, arguing that relator was not entitled to mandamus relief because the "trial court is actively managing the case," and had not failed to perform any ministerial duty.

The Court denies relator's petition for writ of mandamus. We dismiss any pending motion as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.